JERRY E. BAILEY *vs.* MARTIN S. CHANDLER.

September 13, 1880.

Suit against Sheriff—Service of Affidavit.—When property has been levied on and taken by a sheriff from the actual possession of the owner, on a writ against another person, the owner need not serve on the sheriff an affidavit of his ownership before bringing action against the sheriff. Evidence *held* sufficient to sustain the verdict.

Appeal by defendant from an order of the district court for Goodhue county, *Crosby,* J., presiding, refusing a new trial.

*L. Van Slyck,* for appellant.

*J. C. McClure,* for respondent.

GILFILLAN, C. J. On the good faith of the transaction between plaintiff and E. S. Bailey, the evidence is such that the verdict is conclusive.

We are inclined to think the affidavit served by plaintiff on the sheriff good, though we do not decide the point, for, the property having been taken from the possession of the plaintiff, no affidavit was necessary. *Butler* v. *White,* 25 Minn. 432; *Moulton* v. *Thompson,* 26 Minn. 120; *Jones* v. *Town,* 26 Minn. 172.

Order affirmed.